IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02295-RM-NRN

RALPH RAMIREZ and
JOSE LUIS MENDEZ, on behalf of themselves, and all other plaintiffs similarly situated, known and unknown,

    Plaintiffs,

v.

DUBOIS TREE SERVICE, LLC, a Colorado Limited Liability Company, and
RONALD LEE STARR, individually

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 45) entered by Judge Raymond P. Moore on April 12, 2024, it is

ORDERED that judgment is entered in favor of the defendants and against the plaintiffs. It is

FURTHER ORDERED that Plaintiffs' complaint and action are dismissed without prejudice. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 12th day of April, 2024.

                                          FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                                        By:   s/Robert R. Keech
                                                 Robert R. Keech,
                                                 Deputy Clerk